UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CAMERON PARISH POLICE JURY * | |
|    Plaintiff * | CIVIL ACTION NO.: 22-2820 |
| * | |
| VERSUS * | JUDGE: JAMES D. CAIN, JR. |
| * | |
| AMERICAN ALTERNATIVE * | MAGISTRATE: KATHLEEN KAY |
| INSURANCE COMPANY * | |
|    Defendant * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Joint Motion to Dismiss*:

**IT IS ORDERED** that all claims of Plaintiff, Cameron Parish Police Jury, against Defendant, American Alternative Insurance Corporation, in the above-captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 7th day of September, 2023.

_____
DISTRICT JUDGE